IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDEL JACKSON,

        Plaintiff,                      No. CIV S-10-2070 EFB P

    vs.

MATTHEW CATES, et al.,

        Defendants.            ORDER

_____/

       Midel Jackson, an inmate confined at High Desert State Prison, filed this pro se civil rights action under 42 U.S.C. § 1983.

       In its screening order of October 27, 2010, the court informed plaintiff that his complaint had stated cognizable claims, for purposes of 28 U.S.C. § 1915A against defendants Cano, Zapata, Lopez, Della Cruz, Romero, Anices, Desimone, Zachariah, Petit, Palagummi, and Aquilizan, but that the complaint did not state cognizable claims against defendants Cates, Furr, Fredrick, Parerra, Spangler, Colon, and Islas. The court instructed plaintiff to either: (1) file an amended complaint to attempt to state cognizable claims against defendants Cates, Furr, Fredrick, Parerra, Spangler, Colon, and Islas or (2) consent to dismissal of those defendants, return service documents for defendants Cano, Zapata, Lopez, Della Cruz, Romero, Anices, Desimone, Zachariah, Petit, Palagummi, and Aquilizan, and pursue his claims against only those

defendants.

On November 10, 2010, plaintiff submitted three contradictory documents. Plaintiff submitted service documents for defendants Cano, Zapata, Lopez, Della Cruz, Romero, Anices, Desimone, Zachariah, Petit, Palagummi, and Aquilizan and a notice of document submission stating his consent to dismissal of defendants Cates, Furr, Fredrick, Parerra, Spangler, Colon, and Islas. Dckt. No. 12. Plaintiff also submitted a declaration of "next-friend" Anthony R. Turner, who states that he assists plaintiff in the litigation of this action, attesting to (among other things) plaintiff's consent to the dismissal of defendants Cates, Furr, Fredrick, Parerra, Spangler, Colon, and Islas and desire to proceed with service on the other defendants. Dckt. No. 13. However, plaintiff also submitted a document in which he attempts to cure the deficiencies in the complaint with regard to defendants Cates, Furr, Fredrick, Parerra, Spangler, Colon, and Islas. Dckt. No. 14.

It is therefore unclear how plaintiff wishes to proceed. Plaintiff's submission at Docket No. 14 indicates to the court that plaintiff may wish to attempt to state cognizable claims against defendants Cates, Furr, Fredrick, Parerra, Spangler, Colon, and Islas. If that is the case, plaintiff must submit an amended complaint in compliance with the order of October 27, 2010 rather than attempting to cure the deficiencies in the original complaint through a supplemental pleading such as Docket No. 14. If instead plaintiff wishes to proceed forthwith against defendants Cano, Zapata, Lopez, Della Cruz, Romero, Anices, Desimone, Zachariah, Petit, Palagummi, and Aquilizan, against whom the complaint stated cognizable claims for relief, and consent to dismissal of defendants Cates, Furr, Fredrick, Parerra, Spangler, Colon, and Islas, he must inform the court unequivocally of that fact and the court will proceed to order service on those defendants.

Accordingly, the court hereby orders that within 30 days of the date of service of this order, plaintiff must either: (1) submit an amended complaint complying with the order of October 27, 2010 or (2) inform the court via the attached "Amended Notice of Submission of

Documents" form that he wishes to proceed forthwith against defendants Cano, Zapata, Lopez, Della Cruz, Romero, Anices, Desimone, Zachariah, Petit, Palagummi, and Aquilizan and consents to dismissal of defendants Cates, Furr, Fredrick, Parerra, Spangler, Colon, and Islas without prejudice.

Dated: November 15, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDEL JACKSON,

    Plaintiff,                        No. CIV S-10-2070 EFB P

  vs.

MATTHEW CATES, et al.,

    Defendants.                        AMENDED NOTICE OF SUBMISSION OF DOCUMENTS

_____/

In accordance with the court's order filed October 27, 2010, plaintiff hereby elects to:

(1) _____ consent to the dismissal of defendants Matthew Cates, Furr, Fredrick, Parerra, Spangler, Colon, and Islas without prejudice;

**OR**

(2) _____ delay serving any defendant and file a first amended complaint in an attempt to state cognizable claims against defendants Matthew Cates, Furr, Fredrick, Parerra, Spangler, Colon, and Islas.

Dated:

                                        Plaintiff