IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDEL JACKSON,

        Plaintiff,                    No. CIV S-10-2070 GEB EFB P

    vs.

MATTHEW CATES, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 27, 2011, defendants filed a motion to compel. Plaintiff has not filed an opposition or a statement of no opposition.

        In cases in which one party is incarcerated and proceeding without counsel, motions ordinarily are submitted on the record without oral argument. Local Rule 230(l). "Opposition, if any, to the granting of the motion shall be served and filed with the Clerk by the responding party not more than eighteen (18) days, plus three (3) days for mailing or electronic service, after the date of service of the motion." *Id*. A responding party's failure "to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." *Id*. Furthermore, a party's failure to comply with any order or with the Local Rules "may be grounds for imposition of any and all

1

sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 11-110.

Accordingly, it is hereby ORDERED that, within 21 days of the date of this order, plaintiff shall file either an opposition to the motion to compel or a statement of no opposition. Failure to comply with this order will be deemed a waiver of any opposition to the granting of the motion.

DATED: September 13, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2