1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7                            FOR THE EASTERN DISTRICT OF CALIFORNIA

8    MIDEL JACKSON,

9              Plaintiff,                          No. CIV S-10-2070 GEB EFB P

10        vs.

11   MATHEW CATES, et al.,

12             Defendants.                    FINDINGS AND RECOMMENDATIONS

13   _____/

14        Plaintiff is a former state prisoner proceeding without counsel in an action brought under

15   42 U.S.C. § 1983.  On December 20, 2011, defendants Cano, Zapata, Lopez, Petit, DeLacruz,

16   Romero, Anices, Desimone, Zachariah, Palagummi and Aquilizan filed a motion to dismiss on

17   the ground that plaintiff has failed to comply with the court's orders, the Federal Rules of Civil

18   Procedure and the Local Rules of this court.  *See* Fed. R. Civ. P. 41(b); Local Rule 110.

19        On February 1, 2012, the court gave plaintiff twenty-one days to file an opposition or

20   statement of non-opposition and warned him that failure to do so could result in a

21   recommendation that this action be dismissed.  *See* Fed. R. Civ. P. 41(b).  The time for acting

22   has passed and plaintiff has not filed an opposition, a statement of no opposition or otherwise

23   responded to the court's order.[1]

24

---

25        [1]  Although it appears from the file that plaintiff's copy of the February 1, 2012 order was
     returned, plaintiff was properly served.  It is plaintiff's responsibility to keep the court apprised
26   of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the
     record address of the party is fully effective.

Plaintiff has been warned that he must file a response to defendants' motion. Plaintiff has disobeyed this court's orders and failed to prosecute this action. The appropriate sanction is dismissal without prejudice.

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 28, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE